United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL CASE NO. H-22-4264 |
| A&Y LLC, | § § § | |
| Defendant. | § § | |

## DEFAULT JUDGMENT

Donegal Mutual Insurance Company has moved for a default judgment against A&Y LLC. (Docket Entry No. 10). Default was entered against A&Y on February 27, 2023. (Docket Entry No. 8). A&Y has not appeared since default was entered. Donegal has submitted an affidavit demonstrating its entitlement to the judgment requested. (Docket Entry No. 10 at 3 ¶ 8). The court grants the motion and enters default judgment, ordering as follows:

Defendant, A&Y LLC, must pay plaintiff, Donegal Mutual Insurance Company, the following amounts:

1. $58,756.06 for compensatory damages;

2. Postjudgment interest at the legal rate until judgment is satisfied; and

3. Taxable costs of court.

The plaintiff may seek writs of execution and other process necessary to enforce this judgment.

This judgment is final and disposes of all parties and issues in this case. All relief not granted is denied.

SIGNED on May 1, 2023, at Houston, Texas.

                                                Lee H. Rosenthal
                                          United States District Judge